UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>         Plaintiff,<br><br>    v.<br><br>GURDEV SINGH NAGRA, et al.,<br><br>         Defendants. | No. 1:15-cv-00251 SKO<br><br>**ORDER DIRECTING CLERK OF COURT**<br><br>**TO CLOSE THE CASE** |

Pursuant to Plaintiff's notice of dismissal under Federal Rule of Civil Procedure 41 filed on May 20, 2015, this action has terminated as a matter of law.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2015**                             **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE

1